THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL CASEY                                                              PLAINTIFF

v.                             Case No. 4:18-cv-00679-KGB

ANDREW M. SAUL, COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION[1]                             DEFENDANT

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris on August 26, 2019 (Dkt. No. 12). In her Recommended Disposition, Judge Harris recommends that the decision of Andrew M. Saul, the Commissioner of the Social Security Administrator ("the Commissioner"), be reversed and remanded for further proceedings. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Harris' conclusion.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 12). The Commissioner's final decision denying Social Security benefits is reversed and remanded for proceedings not inconsistent with this Order. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sulivan*, 501 U.S. 89 (1991).

It is so ordered this 2nd day of March, 2020.

                                                      Kristine G. Baker
                                                      United States District Judge

---

[1] Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 6, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Saul is automatically substituted as a party.